2022-2130

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

NUCOR CORPORATION,
Plaintiff-Appellant,

AK STEEL CORPORATION, ARCELORMITTAL USA LLC, UNITED
STATES STEEL CORPORATION,
Intervenors-Plaintiffs,

v.

UNITED STATES,
Defendant-Appellee

HYUNDAI STEEL COMPANY, POSCO, GOVERNMENT OF KOREA,
Intervenors-Defendants.

_____

POSCO,
Plaintiff-Appellee,

v.

UNITED STATES,
Defendant,

STEEL DYNAMICS, INC., AK STEEL CORPORATION, ARCELORMITTAL
USA LLC, UNITED STATES STEEL CORPORATION,
Intervenors-Defendants

NUCOR CORPORATION,
Intervenor-Defendant-Appellant

_____

# STIPULATION OF DISMISSAL

Pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, plaintiff-appellant, Nucor Corporation, and defendant-appellee, the United States, stipulate to the dismissal of this appeal, with each party to bear its own costs. No other party has entered an appearance in this appeal. Pursuant to Federal Circuit Rule 32(g)(3)(B), counsel for Nucor Corporation consents to the use of their electronic signature for this filing.

| | |
|---|---|
| /s/ Alan H. Price<br>Alan H. Price, Esq.<br>Robert E. DeFrancesco, III, Esq.<br>Christopher B. Weld, Esq.<br>Adam M. Teslik, Esq.<br>WILEY REIN LLP<br>2050 M Street, NW<br>Washington, DC 20036<br>(202) 719-7000<br><br>Counsel to Nucor Corporation | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>/s/Reginald T. Blades, Jr. by Albert S. Iarossi<br>REGINALD T. BLADES, JR.<br>Assistant Director<br><br>/s/Emma E. Bond<br>EMMA E. BOND<br>Trial Attorney<br>Civil Division<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>PO Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 305-2034 |
| December 28, 2023 | Attorneys for Defendant-Appellee |